






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-99-00599-CR







The State of Texas, Appellant



v.



LaQuay Arnold, Appellee






FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY


NO. 526,255, HONORABLE WILFRED AGUILAR, JUDGE PRESIDING







PER CURIAM

The State's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on State's Motion

Filed:   November 18, 1999

Do Not Publish


